Wagner v 55 Tiemann Owners Corp.

2026 NY Slip Op 02233

April 14, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

Leslie Wagner, Plaintiff-Respondent,

v

55 Tiemann Owners Corp., et al, Defendants-Respondents-Appellants, Zia Construction Company, Defendant-Appellant-Respondent. And A Third-Party Action

Decided and Entered: April 14, 2026

Index No. 158744/19|Appeal No. 6345|Case No. 2024-06914|

Before: Moulton, J.P., Friedman, González, Shulman, Rosado, JJ.

[*1]

An appeal and cross-appeal having been taken to this Court by the above-named appellants from an order of the Supreme Court, New York County (Suzanne J. Adams, J.), entered on or about October 21, 2024,

And said appeal and cross-appeal having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated March 17, 2026,

It is unanimously ordered that said appeals be and the same are hereby withdrawn in accordance with the terms of the aforesaid stipulation.

ENTERED: April 14, 2026